UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JUANA EGDA PACHECO MENDOZA,)
)
      Plaintiff, )
v. ) Case No. CV615-040
)
REY DAVID MORENO PASCUAL, )
)
      Defendant. )

## ORDER

The Court having reviewed and considered the petitions of Adria Lourdes Perez and Jennifer Lyn Blackburn of the law firm of Kilpatrick Townsend & Stockton LLP, Suite 2800, 1100 Peachtree Street, Atlanta, Georgia 30309-4530, for permission to appear pro hac vice on behalf of plaintiff Juana Egda Pacheco Mendoza, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Adria Lourdes Perez and Jennifer Lyn Blackburn as counsel of record for plaintiff Juana Egda Pacheco Mendoza, in this case.

**SO ORDERED** this __21st__ day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA