UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JUANA EGDA PACHECO MENDOZA, )
)
    Plaintiff, )
)
v. ) Case No. CV615-040
)
REY DAVID MORENO PASCUAL, )
)
    Defendant. )

## O R D E R

The Court having reviewed and considered the petition of Zachary Carl Eyster of the law firm of Kilpatrick Townsend & Stockton LLP, Suite 2800, 1100 Peachtree Street, N.E., Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of plaintiff Juana Egda Pacheco Mendoza, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Zachary Carl Eyster as counsel of record for plaintiff Juana Egda Pacheco Mendoza, in this case.

**SO ORDERED** this __5th__ day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA