# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| JUANA EGDA PACHECO MENDOZA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV615-040 |
| REY DAVID MORENO PASCUAL, | ) | |
| Defendant. | ) | |

## O R D E R

The Court having reviewed and considered the petition of Jonathan David Olinger of the law firm of Kilpatrick Townsend & Stockton, LLP, 1100 Peachtree Street, N.E., Suite 2800, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of plaintiff Juana Egda Pacheco Mendoza, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Jonathan David Olinger, as counsel of record for plaintiff Juana Egda Pacheco Mendoza, in this case.

**SO ORDERED** this __1st__ day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA