IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JUANA EGDA PACHECO MENDOZA,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>REY DAVID MORENO PASCUAL,<br><br>Defendant/Respondent, | CIVIL ACTION FILE<br>NO. 6:15-CV-00040-LGW-GRS |

## ORDER APPOINTING GUARDIAN AD LITEM

Petitioner filed her "Verified Petition Under the Hague Convention Seeking Return of Child to Petitioner in Mexico" ("Hague Convention Petition") (Dkt. No. 1), alleging that the minor child known as L.D.M. is being wrongfully retained in the United States. The Hague Convention Petition is currently pending before the Court, and a hearing on the merits and Petitioner's motion for summary judgment is hereby scheduled for January 19, 2016 at 10:00 am in Statesboro, Georgia.

On October 19, 2015, Respondent petitioned the Court for the appointment of a guardian *ad litem* to represent L.D.M. and to assist the Court with resolution of certain factual and legal issues. (Dkt. No. 42). On November 19, 2015, the Court granted Respondent's Petition for Appointment of a Guardian ad Litem. (Dkt. No. 47).

4

The Court hereby **APPOINTS** Josh D. Tucker as the guardian *ad litem* (the "Guardian") in this case. It is hereby **ORDERED** that the Guardian's duties and responsibilities shall be as follows:

- The Guardian will represent L.D.M. in this matter;

- The Guardian will file a Notice of Appearance in this matter through the Court's CM/ECF system, showing that the Guardian represents L.D.M. in this matter;

- The Guardian will review all relevant pleadings in the case so as to be fully apprised about the matter;

- The Guardian will appear at all conferences and hearings on L.D.M.'s behalf;

- The Guardian's role in this case is will be to assist the Court in making a grave risk analysis based on the Guardian's interviews of L.D.M. and to assist the Court in making a determination regarding L.D.M's maturity in connection with the mature child objection;

- At least once within fourteen (14) days of this Order, the Guardian will meet with and interview L.D.M. in person and outside the presence of either party or other family members; the Guardian may conduct additional interviews with L.D.M. in or outside the presence

of the parties or other family members at the Guardian's discretion;

- The Guardian shall have access to all records related to L.D.M, including but not limited to, medical, mental health, and academic records without necessity of written consent by the parties or the Court; the parties will make such records available upon request by the Guardian; to the extent that the Guardian acquires such records, the Guardian will keep those records confidential unless or until the Court directs otherwise;

- The Guardian may interview and obtain information and records from any professional having information and records relating to the child and relevant to this dispute, including but not limited to school personnel, medical or mental health care providers, and social workers;

- The Guardian may communicate *ex parte* with the parties' counsel, or the Court, at any time during these proceedings;

- The Guardian may, but is not required to, submit a written report. In the event that such a written report is prepared and submitted, the Guardian will file the written report via the Court's CM/ECF system at least five (5) days prior to the merits hearing. Any written report

shall not discuss or opine on what outcome would be in L.D.M's "best interests.";

- The Guardian will be prepared to testify at the merits hearing only regarding the grave risk affirmative defense and the mature child objection under the Hague Convention. The Guardian shall not testify on what outcome would be in L.D.M.'s "best interests."

- The Guardian shall be automatically discharged without further order thirty (30) days after the entry of a final order or judgment in this proceeding, unless otherwise ordered by the Court.

IT IS SO ORDERED, this 3 day of December, 2015.

Honorable Lisa Godbey Wood
Judge, United States District Court
Southern District of Georgia